IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 07-cr-00090-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  B&H MAINTENANCE & CONSTRUCTION, INC., a New Mexico corporation;
2.  JON PAUL SMITH a/k/a J.P. SMITH; and
3.  LANDON R. MARTIN,

Defendants.

## ORDER

    This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Monday, April 30, 2007,** and responses to these motions shall be filed by **Friday, May 11, 2007.** It is

    FURTHER ORDERED that a hearing on all pending motions, if necessary, will be set at a later date. It is

    FURTHER ORDERED that a 14-day jury trial is set for **Monday, May 21, 2007, at 9:00 a.m., in courtroom A-1002.**

Dated: April 19, 2007

                                  BY THE COURT:

                                  s/ Wiley Y. Daniel  
                                  Wiley Y. Daniel  
                                  U. S. District Judge