IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 07-cr-00090-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  B&H MAINTENANCE & CONSTRUCTION, INC., a New Mexico corporation;
2.  JON PAUL SMITH a/k/a J.P. SMITH; and
3.  LANDON R. MARTIN,

Defendants.

## ORDER

    THIS MATTER is before the Court on the Joint Motion by all Parties to Continue Trial Date Pursuant to 18 U.S.C. § 3161(h)(8)(A) and (h)(8)(B)(iv) [# 27], filed April 26, 2007.  On May 10, 2007, the Court held a hearing on this motion.  At the hearing, defense counsel requested that this Court make an ends of justice finding pursuant to 18 U.S.C. § 3161(h)(8)(B)(A) and (B)(iv) if the Court did not find this case to be complex at this time.  The Government indicated that it did not oppose the requested continuance.

    The Court, having reviewed the motion and after hearing argument from the parties, hereby finds that the Joint Motion by all Parties to Continue Trial Date Pursuant to 18 U.S.C. § 3161(h)(8)(B)(A) and (h)(8)(B)(iv) should be granted.  I find that the failure to grant a continuance in this case which I do not find to be complex would deny

the Defendants and their counsel the reasonable time necessary for effective trial preparation, taking into account the exercise of due diligence, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).  Specifically, defense counsel has indicated that this case will involve extensive discovery and witness investigation.  For the reasons stated on the record, I find that the ends of justice served by an additional ninety (90) day extension of the speedy trial deadlines outweigh the best interest of the public and the Defendants in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

Based on the foregoing, it is

ORDERED that the Joint Motion by all Parties to Continue Trial Date Pursuant to 18 U.S.C. § 3161(h)(8)(A) and (h)(8)(B)(iv) [# 27] is **GRANTED**.  In accordance therewith, it is

FURTHER ORDERED that the speedy trial deadlines are tolled for an additional **ninety (90) days**.  It is

FURTHER ORDERED that the parties shall meet and confer and file a proposed Case Management Order by **May 22, 2007.**  It is

FURTHER ORDERED that the dates for pretrial motions and the jury trial set for Monday, May 21, 2007, are **VACATED.**

Dated:  May 16, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge