IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 07-cr-00090-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  B&H MAINTENANCE & CONSTRUCTION, INC., a New Mexico corporation;
2.  JON PAUL SMITH a/k/a J.P. SMITH; and
3.  LANDON R. MARTIN,

Defendants.

## ORDER

THIS MATTER is before the Court on both the Government's Motion to Approve the United States' Proposed Case Management Plan and Schedule [# 39], filed May 21, 2007, and the Defendants' Motion to Approve Defendants' Proposed Case Management Order [# 40], filed May 22, 2007.  The Court, having reviewed and considered the competing proposed case management orders, hereby finds that the Defendants' schedule is more appropriate.  Therefore, the Government's Motion to Approve the United States' Proposed Case Management Plan and Schedule [# 39] should be denied, and the Defendants' Motion to Approve Defendants' Proposed Case Management Order [# 40] should be granted.  Accordingly, it is

ORDERED that the Government's Motion to Approve the United States' Proposed Case Management Plan and Schedule [# 39] is **DENIED**.  It is

FURTHER ORDERED that the Defendants' Motion to Approve Defendants' Proposed Case Management Order [# 40] is **GRANTED.**  It is

FURTHER ORDERED that the parties adhere to the following approved Case Management Order:

I.    Deadlines for Motions

    A.    Filing deadline for all non-evidentiary motions: July 16, 2007

        Response: August 1, 2007

        Reply: August 10, 2007

        **Hearing: Wednesday, September 19, 2007, at 2:00 p.m.**

    B.    Filing deadline for all evidentiary Motions and Notice of Intent to Use Evidence of Other Crimes, Wrongs or Acts Pursuant to Rule 404(b): October 1, 2007

        Response to Motions and Notice of Intent to Rule 404(b): October 22, 2007

        Reply: November 1, 2007

        **Hearing: Tuesday, November 13, 2007, at 9:00 a.m.**

    C.    Designation of experts:

        By the Government: November 1, 2007

        By the Defense: December 3, 2007

        Rebuttal Experts: December 15, 2007

        **Hearing on pending motions and status conference to set trial dates: Tuesday, January 15, 2008, at 9:00 a.m.**

Dated:  June 1, 2007

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              U. S. District Judge