IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Action No. 07-cr-00090-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. B&H MAINTENANCE & CONSTRUCTION, INC., a New Mexico corporation;
2. JON PAUL SMITH a/k/a J.P. SMITH; and
3. LANDON R. MARTIN,

Defendants.

## ORDER

THIS MATTER came before the Court as part of a motions hearing on November 13, 2007, which included consolidated discovery motions filed by the Defendants and responses filed by the Government. After considering the motions and deciding that certain documents that are in the sole possession of Flint Energy Services, Incorporated should be produced, it is

ORDERED that counsel for the Government shall contact Ryan Stoll, Esq. immediately upon receipt of this order and request production of documents, recordings of witness interviews, and any other materials generated or obtained during the internal investigation that commenced after Jeff Kramme's allegations in December 2005 and which relate to the investigation by Jeff Short or others working on that investigation. It is

FURTHER ORDERED that upon receipt of these materials, the Government shall produce them forthwith to the Defendants in this case.  It is

FURTHER ORDERED that should Flint Energy Services, Inc. object to producing the materials to the Government, Flint shall file an appearance and file its objection by **November 27, 2007.**

Dated:  November 13, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge