**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**JUDGE WILEY Y. DANIEL**

_____

| | | | |
|---|---|---|---|
| Date: | November 13, 2007 | Prob./Pret.: | N/A |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| Court Reporter/ECR: | Darlene Martinez | | |

_____

Criminal Case No. **07-cr-00090-WYD**                Counsel:

UNITED STATES OF AMERICA,                           Carla M. Stern
                                                    Diane C. Lotko-Baker
         Plaintiff,                                 Andre Geverola

v.

**1. B & H CONSTRUCTION;**                          Pamela R. Mackey
                                                    Gail K. Johnson
**2. JON PAUL SMITH, a/k/a J. P. Smith;**           Mark C. Johnson
**and 3. LANDON R. MARTIN**,                        Patrick J. Burke

         Defendants.

_____

**COURTROOM MINUTES**
_____

**HEARING ON PENDING NON-EVIDENTIARY MOTIONS, EVIDENTIARY MOTIONS, and NOTICE OF 404(b) MATERIALS**

**10:05 a.m.**      Court in Session - Defendants present (on-bond)

            APPEARANCES OF COUNSEL.

            Court's opening remarks.

**ORDERED:**  Defendant Landon R. Martin's Motion for Leave to Join (#118 - 11/1/07) is **GRANTED.**

Judge Wiley Y. Daniel
07-cr-00090-WYD - Courtroom Minutes

**ORDERED:** Defendant Landon R. Martin's Motion to Join Defendant B & H Construction's Motion for Leave to Issue Subpoenas Duces Tecum (#124 - 11/13/07) is **GRANTED.**

Defendant B & H Maintenance and Construction's Motion to Strike Prejudicial Surplusage (#46 - 7/16/07) is raised for argument.

| | |
|---|---|
| 10:11 a.m. | Argument by Defendant B & H Maintenance and Construction (Ms. Johnson). |
| 10:13 a.m. | Argument by Government (Ms. Stern). |
| 10:16 a.m. | Argument by Defendant B & H Maintenance and Construction (Ms. Johnson). |
| 10:21 a.m. | Argument by Government (Ms. Stern). |
| 10:22 a.m. | Argument by Defendant B & H Construction (Ms. Johnson). |
| 10:23 a.m. | Argument by Government (Ms. Stern). |

**ORDERED:** Defendant B & H Maintenance and Construction's Motion to Strike Prejudicial Surplusage (#46 - 7/16/07) is **DENIED.**

Defendant B & H Maintenance and Construction's Motion for Discovery (#43 - 7/16/07) and Defendant Jon Paul Smith's Motion for Discovery (#51 - 7/16/07) are raised for argument.

| | |
|---|---|
| 10:26 a.m. | Argument by Defendant B & H Maintenance and Construction (Ms. Mackey). |
| 10:28 a.m. | Argument by Government (Ms. Lotko-Baker). |
| 10:29 a.m. | Argument by Defendant Landon R. Martin (Mr. Burke). |
| 10:31 a.m. | Argument by Government (Ms. Lotko-Baker). |
| 10:31 a.m. | Argument by Defendant Landon R. Martin (Mr. Burke). |
| 10:32 a.m. | Argument by Defendant Jon Paul Smith (Mr. Johnson). |
| 10:37 a.m. | Argument by Government (Ms. Stern). |
| 10:40 a.m. | Argument by Defendant Jon Paul Smith (Mr. Johnson). |

Judge Wiley Y. Daniel
07-cr-00090-WYD - Courtroom Minutes

| | |
|---|---|
| 10:43 a.m. | Argument by Government (Ms. Lotko-Baker). |
| 10:51 a.m. | Argument by Defendant Jon Paul Smith (Mr. Johnson). |
| 10:53 a.m. | Argument by Government (Ms. Lotko-Baker). |
| 10:54 a.m. | Argument by Defendant Jon Paul Smith (Mr. Johnson). |
| 10:58 a.m. | Argument by Government (Ms. Lotko-Baker). |
| 11:03 a.m. | Argument by Defendant Jon Paul Smith (Mr. Johnson). |
| 11:04 a.m. | Argument by Government (Ms. Lotko-Baker). |
| 11:05 a.m. | Argument by Defendant Jon Paul Smith (Mr. Johnson). |
| 11:06 a.m. | Argument by Government (Ms. Lotko-Baker). |
| 11:06 a.m. | Argument by Defendant Jon Paul Smith (Mr. Johnson). |
| 11:07 a.m. | Argument by Government (Ms. Lotko-Baker). |
| 11:08 a.m. | Argument by Defendant Jon Paul Smith (Mr. Johnson). |
| 11:08 a.m. | Argument by Defendant B & H Maintenance and Construction (Ms. Johnson). |
| 11:11 a.m. | Argument by Government (Ms. Lotko-Baker). |
| **ORDERED:** | Defendant B & H Maintenance and Construction's Motion for Discovery (#43 - 7/16/07) is **GRANTED IN PART and DENIED IN PART.** |
| **ORDERED:** | Defendant Jon Paul Smith's Motion for Discovery (#51 - 7/16/07) is **GRANTED IN PART and DENIED AS MOOT IN PART.** |
| **ORDERED:** | Counsel shall submit a written form of order, outlining the Court's ruling on the motions for discovery, after lunch. |
| **ORDERED:** | Government shall produce the notes for in-camera inspection by the Court not later than **Tuesday, November 20, 2007.** |

Judge Wiley Y. Daniel
07-cr-00090-WYD - Courtroom Minutes

        Defendant B & H Maintenance and Construction's Motion for Bill of Particulars (#42 - 7/16/07) and Defendant Jon Paul Smith's Motion for Bill of Particulars (#85 - 10/1/07) are raised for argument.

| | |
|---|---|
| 11:16 a.m. | Argument by Defendant B & H Maintenance and Construction (Ms. Johnson). |
| 11:21 a.m. | Argument by Government (Ms. Lotko-Baker). |
| 11:25 a.m. | Argument by Defendant Landon R. Martin (Mr. Burke). |
| 11:27 a.m. | Argument by Government (Ms. Lotko-Baker). |
| 11:29 a.m. | Argument by Defendant Jon Paul Smith (Mr. Johnson). |
| 11:30 a.m. | Argument by Government (Ms. Lotko-Baker). |
| **ORDERED:** | Defendant B & H Maintenance and Construction's Motion for Bill of Particulars (#42 - 7/16/07) is **GRANTED IN PART and DENIED IN PART.** |
| **ORDERED:** | Defendant Jon Paul Smith's Motion for Bill of Particulars (#85 - 10/1/07) is **DENIED.** |
| **ORDERED:** | Government shall file Bill of Particulars not later than **Tuesday, November 20, 2007.** |
| **11:31 a.m.** | Court in Recess |
| **11:52 a.m.** | Court in Session |

        Defendant B & H Maintenance and Construction's Motion for James Hearing and for Production of Rule 801(d)(2)(E) Materials and for Pretrial Determination of Admissibility of Coconspirator's Statements ((#45 - 7/16/07) is raised for argument.

| | |
|---|---|
| 11:53 a.m. | Argument by Government (Ms. Stern). |
| 11:57 a.m. | Argument by Defendant (Ms. Mackey). |
| **ORDERED:** | Defendant B & H Maintenance and Construction's Motion for James Hearing and for Production of Rule 801(d)(2)(E) Materials and for Pretrial Determination of Admissibility of Coconspirator's Statements ((#45 - 7/16/07) is **GRANTED.** |

Judge Wiley Y. Daniel
07-cr-00090-WYD - Courtroom Minutes

**ORDERED:** Government shall file its James' Proffer not later than **Wednesday, December 12, 2007.**

**ORDERED:** Defendants shall respond to James' Proffer not later than **Friday, December 21, 2007.**

**ORDERED:** Government may file a reply not later than **Friday, January 4, 2008.**

**ORDERED:** James' Proffer will be heard at the hearing on pending motions which was previously set for Tuesday, January 15, 2008, at 9:00 a.m.

Defendant B & H Maintenance and Construction's Motion to Disclose Grand Jury Material (#44 - 7/16/07) is raised for argument.

12:03 p.m.   Argument by Defendant B & H Maintenance and Construction (Ms. Mackey).

12:04 p.m.   Argument by Government (Ms. Lotko-Baker).

12:11 p.m.   Argument by Defendant B & H Maintenance and Construction (Ms. Mackey).

12:13 p.m.   Argument by Government (Ms. Lotko-Baker).

**ORDERED:** Defendant B & H Maintenance and Construction's Motion to Disclose Grand Jury Material (#44 - 7/16/07) is **GRANTED.**

**12:18 p.m.**   Court in Recess

**2:12 p.m.**   Court in Session

Discussion regarding language counsel had come up with for proposed orders.

**ORDERED:** Defendant Landon R. Martin's Motion to Join Defendant B & H Construction's Motion for Leave to Issue Subpoenas Duces Tecum (#124 - 11/13/07) is **GRANTED.**

**ORDERED:** Defendant B & H maintenance and Construction's Motion for Issuance of Subpoena Duces Tecum (#123 - 11/12/07) is **GRANTED.**

Defendant B & H Maintenance and Construction's Motion to Sever Counts (#47 - 7/16/07) and Defendant Landon R. Martin's Motion to Sever Defendant (#50 - 7/16/07) are raised for argument.

Judge Wiley Y. Daniel
07-cr-00090-WYD - Courtroom Minutes

| | |
|---|---|
| 2:36 p.m. | Argument by Defendant B & H Maintenance and Construction (Ms. Johnson). |
| 2:38 p.m. | Argument by Defendant Landon R. Martin (Mr. Burke). |
| 2:40 p.m. | Argument by Government (Ms. Lotko-Baker). |
| **ORDERED:** | Defendant B & H Maintenance and Construction's Motion to Sever Counts (#47 - 7/16/07) is **DEFERRED.** |
| **ORDERED:** | Defendant Landon R. Martin's Motion to Sever Defendant (#50 - 7/16/07) is **DEFERRED.** |
| 2:46 p.m. | Discussion regarding 404(b) evidence. |
| **ORDERED:** | Defendant B & H Maintenance and Construction shall provide reverse 404(b) evidence not later than **Wednesday, December 12, 2007.** |
| **ORDERED:** | Response to reverse 404(b) evidence shall be provided not later than **Friday, December 21, 2007.** |
| **ORDERED:** | Reply to reverse 404(b) evidence shall be provided not later than **Friday, January 4, 2008.** |
| 3:02 p.m. | Discussion regarding additional pending motions. |
| **ORDERED:** | Government's Motion for Pretrial Ruling on Admissibility of Plea Agreement (#81 - 10/1/07) is **GRANTED.** |
| **ORDERED:** | Defendant Landon R. Martin's Motion to Join Co-Defendant B & H Maintenance and Construction's Response to United States' Motion in Limine to Exclude Improper Character Evidence (#106 - 10/22/07) is **GRANTED.** |
| **ORDERED:** | Defendant Landon Martin's Motion to Replies filed by Co-Defendant Jon Paul Smith (#118 - 11/1/07) is **GRANTED.** |
| **3:06 p.m.** | Court in Recess - HEARING CONCLUDED |

**TOTAL TIME:   2:49**