IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 07-cr-00090-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. B&H MAINTENANCE & CONSTRUCTION, INC., a New Mexico corporation;
2. JON PAUL SMITH a/k/a J.P. SMITH; and
3. LANDON R. MARTIN,

Defendants.

# ORDER

THIS MATTER came before the Court for a motions hearing on November 13, 2007. After carefully reviewing the pleadings and considering the arguments presented by both parties at the hearing, I order the following based upon the reasons stated on the record:

I.    Motions Concerning the Indictment

IT IS ORDERED that Defendant B&H's Motion to Strike Prejudicial Surplusage from the Indictment (docket #46), filed July 16, 2007, is **DENIED.**

II.    Motions Concerning Discovery

It is FURTHER ORDERED that Defendant B&H's Motion for Discovery (docket #43), filed July 16, 2007, is **GRANTED IN PART and DENIED IN PART.** The motion is granted to the extent that the Government is ordered to make a request to Flint Energy

Services, Inc. and its attorney, Ryan Stoll, with respect to any internal investigative materials. The motion is denied in all other respects.  It is

FURTHER ORDERED that Defendant Smith's Motion for Discovery (docket #51), filed July 16, 2007, is **GRANTED IN PART and DENIED IN PART.**  The motion is granted to the extent that the Government is ordered to produce notes in connection with any interviews conducted with Kenneth Rains or his attorney regarding witnesses Pat Kannard and Harley Temple.  These notes must be produced to the Court by **Tuesday, November 20, 2007** for an in-camera inspection.  The motion is denied in all other respects.  It is

FURTHER ORDERED that: (1) Defendant B& H's Motion for Leave to Join Motion by Defendant Smith for Discovery (docket #52), filed July 16, 2007; (2) Defendant Martin's Motion for Leave to Join Motion by Defendant Smith's Motion for Discovery (docket #53), filed July 16, 2007; (3) Defendant Martin's Motion for Leave to Join Defendant Smith's Reply in Support of Defendant Smith's Motion for Discovery (docket #71), filed August 10, 2007, are **DENIED AS MOOT.**

III.     Motions Concerning Bill of Particulars

It is FURTHER ORDERED that Defendant B&H's Motion for a Bill of Particulars (docket #42), filed July 16, 2007 is **GRANTED IN PART and DENIED IN PART.**  The motion is granted to the extent that the Government is ordered to convert its voluntary bill of particulars to a formal bill of particulars.  The formal bill of particulars shall be filed by **Tuesday, November 20, 2007.**  The motion is denied in all other respects. It is

FURTHER ORDERED that Defendant Landon Martin's Motion for Leave to Join in Defendant B&H's Motion for Bill of Particulars (docket #48), filed July 16, 2007, is **DENIED.** It is

FURTHER ORDERED that Defendant Smith's Motion for a Bill of Particulars (docket #85), filed October 1, 2007, is **DENIED.**

IV.     Motions Concerning Grand Jury Materials

It is FURTHER ORDERED that Defendant B&H's Motion for Disclosure of Grand Jury Materials (docket #44), filed July 16, 2007, is **GRANTED** to the extent that the Government is ordered to file a proposed order to the Court ordering the production of the grand jury transcript of Agent Dan Bradley's testimony. The proposed order shall be filed by **Thursday, November 15, 2007.** It is

FURTHER ORDERED that Defendant Smith's Motion for Disclosure of Grand Jury Colloquy and Testimony (docket #84), filed October 1, 2007, is **DENIED AS MOOT.** It is

FURTHER ORDERED that: (1) Landon Martin's Motion for Leave to Join Motion filed by Co-Defendant Smith for Disclosure of Grand Jury Colloquy and Testimony pursuant to Rule 6(e)(3)(E)(I) and Rule 6(e)(3)(e)(ii) Based upon the state of the Discovery (docket #87), filed October 2, 2007; (2) Landon Martin's Motion for Leave to Join Co-Defendant J.P. Smith's Reply to Motion filed by Co-Defendant Smith for Disclosure of Grand Jury Colloquy and Testimony pursuant to Rule 6(e)(3)(E)(I) and Rule 6(e)(3)(e)(ii) Based upon the state of the Discovery (docket #118), filed November 1, 2007; (3) B&H Construction's Motion for Leave to Join Motion filed by Co-Defendant

Smith for Disclosure of Grand Jury Colloquy and Testimony pursuant to Rule 6(e)(3)(E)(I) and Rule 6(e)(3)(e)(ii) Based upon the state of the Discovery (docket #86), filed October 2, 2007, are **DENIED AS MOOT**.

V.   Motions Concerning Rule 801(d)(2)(E)

It is FURTHER ORDERED that Defendant B&H's Motion for Production of Rule 801(d)(2)E) Materials and for Pretrial Determination of Admissibility at a James Hearing (docket #45), filed July 16, 2007, is **GRANTED as to the following:**

- The Government is ordered to file a Rule 801(d)(2)(E) proffer no later than **December 12, 2007.**

- The Defendants shall file a joint response no later than **December 21, 2007.**

- If the Government wishes to file a reply, it shall be filed no later than **January 4, 2007.**

- The Court will hold a James Hearing on **Tuesday, January 15, 2007, at 9:00 a.m.**

VI.  Miscellaneous Motions

It is FURTHER ORDERED that Defendant Landon Martin's Motion for Leave to Join Motions Filed by Co-Defendant B&H Maintenance & Construction, Inc. (docket #49), filed July 16, 2007 and Landon Martin's Motion for Leave to Join Replies Filed by Co-Defendant B&H Maintenance and Construction, Inc. (docket #67), filed August 10, 2007, are **GRANTED.**

VII. <u>Motions Concerning Subpoenas Duces Tecum</u>

It is FURTHER ORDERED that Defendant B&H's Motion for Leave to Issue Subpoenas Duces Tecum (docket #123), filed November 12, 2007 and Motion to Join Defendant B&H's Motion for Leave to Issue Subpoenas Duces Tecum by Landon R. Martin (docket #124), filed November 12, 2007, are **GRANTED.**

VIII. <u>Motions Concerning Pre-trial Admissibility and Rule 404(b) Evidence</u>

It is FURTHER ORDERED that the Government's Motion for Pretrial Ruling on Admissibility of Plea Agreement (docket #81), filed October 1, 2007, is **GRANTED.**  It is

FURTHER ORDERED that the Motion for Pretrial Ruling on Admissibility of Jon Paul Smith's False Statements to the FBI by USA as to B&H Maintenance and Construction, Inc., Jon Paul Smith, Landon R. Martin (docket #80), is **deferred until the hearing set for January 15, 2007, at 9:00 a.m.**  It is

FURTHER ORDERED that the Defendants shall provide notice to the Government as to any reverse Rule 404(b) evidence.  The briefing schedule is as follows:

- The Defendants are ordered to file a notice of any reverse Rule 404(b) evidence no later than **December 12, 2007.**
- The Government shall file its response no later than **December 21, 2007.**
- The Defendant shall file their replies no later than **January 4, 2007.**

IX. <u>Motions Concerning Severance</u>

It is FURTHER ORDERED that Defendant B& H's Motion to Sever Counts (docket #47), filed July 16, 2007 and Defendant Landon Martin's Motion for Severance

(docket # 50), filed July 16, 2007 are **deferred until the hearing set for January 15, 2007, at 9:00 a.m.**

X.      Motions in Limine

It is FURTHER ORDERED that the United States' Motion in Limine to Exclude Improper Character Evidence (docket #79), filed October 1, 2007 and the United States' Motion to Exclude Improper Evidence and Arguments Relating to Lack of Effect, Justification, Reasonableness, or Lack of intent (docket #82), filed October 1, 2007 are **deferred until a later date**.  It is

FURTHER ORDERED that: (1) Defendant Martin's Motion to Join Co-Defendant B&H's Response to United States' Motion in Limine to Exclude Improper Character Evidence (docket #106), filed October 22, 2007; (2) Defendant Smith's Motion to Join Co-Defendant B&H's Response to United States' Motion in Limine to Exclude Improper Character Evidence (docket #104), filed October 22, 2007; (3) Defendant Martin's Motion to Join Co-Defendant B&H Maintenance & Construction's Response to United States' Motion in Limine to Exclude Improper Evidence and Arguments Relating to Lack of Effect, Justification, Reasonableness, or Lack of Intent (docket #113), filed October 26, 2007; and (4) Motion to Join B&H Response to Govt. Motion in Limine by Jon Paul Smith (docket #114), filed October 26, 2007; and (5) Defendant Martin's Motion to Join Replies (docket #118), filed November 1, 2007, are **GRANTED.**  It is

FURTHER ORDERED that the parties who filed motions in limine shall file a status report no later than **January 4, 2007** as to whether the motions in limine are modified, withdrawn, or still in full force and effect.  It is

FURTHER ORDERED that the parties shall comply with all other deadlines and directives mandated by me at the motions hearing or set forth in my practice standards.

Dated: November 15, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge