**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 07-cr-00090-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. B&H MAINTENANCE & CONSTRUCTION, INC., a New Mexico corporation;
2. JON PAUL SMITH a/k/a J.P. SMITH; and
3. LANDON R. MARTIN,

    Defendants.

**ORDER CONCERNING DISCLOSURE OF GRAND JURY MATERIALS**

This matter is before the court on the "United States' Motion to Disclose Matters Occurring Before the Grand Jury." (Docket #126). Upon consideration of the motion, it is ORDERED as follows:

1. Pursuant to Rule 6(e)(3)(E)(I), the United States may disclose the following grand jury materials to defense counsel: The transcript of Special Agent Daniel Bradley, the case agent who testified before the grand jury.

2. To protect grand jury secrecy, defense counsel shall make only such copies as are necessary to prepare a defense of this criminal case. Defense counsel shall keep a written record concerning how many copies were made, to whom those copies were delivered and the dates of delivery. Defense counsel shall also deliver a copy of this order with the materials. <u>No person other than defense counsel shall make any</u>

copy of these materials for any purpose whatsoever.  At the conclusion of the case in this court, by entry of the court's judgment, counsel within ten days shall collect all such copies and return them to the United States.

    3.  Copies of grand jury materials may be used only in connection with this criminal proceeding, and any further dissemination or use is prohibited.

    Dated:  November 16, 2007

                                              BY THE COURT:

                                              s/ Wiley Y. Daniel
                                              Wiley Y. Daniel
                                              U. S. District Judge