IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Action No. 07-cr-00090-WYD

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. B&H MAINTENANCE & CONSTRUCTION, INC., a New Mexico corporation;
2. JON PAUL SMITH a/k/a J.P. SMITH; and
3. LANDON R. MARTIN,

Defendants.

## ORDER

  THIS MATTER came before the Court as part of a motions hearing on November 13, 2007, which included consolidated discovery motions filed by the Defendants and responses filed by the Government. After considering the motions and hearing argument by the parties, I ordered counsel for the Government to produce notes in connection with any interviews conducted with Kenneth Rains or his attorney regarding witnesses Pat Kannard and Harley Temple. (Order, docket # 128.) I ordered that these notes be produced to the Court for an in-camera inspection.

  Pursuant to my Order, on November 19, 2007, the Government provided to the Court all original handwritten attorney notes of the telephone conversations between the attorneys for the United States and Eugene Gozdecki, attorney for Kenneth Rains, which occurred on February 12, 2007. The Government objects to the disclosure of

these notes arguing that they are attorney work product and are protected from such disclosure.

The Tenth Circuit has held that "[t]he attorney work product doctrine 'is intended to guard against divulging the attorney's strategies and legal impressions." *United States v. Malady*, 209 Fed. Appx. 848, *1 (10th Cir. 2006) (internal citations omitted). "Documents or other items that do no reflect the attorney's mental impressions are not protected by the work product doctrine." *Id.* "At its core, the work-product doctrine shelters the mental processes of the attorney, providing a privileged area within which he can analyze and prepare his client's case." *Id.* "Such mental impressions are a prerequisite to the invocation of the work product doctrine." *Id.*

After conducting an in-camera inspection of the handwritten attorney notes provided by the Government, I find that they do not rise to the level of attorney work product. Based on my review, I conclude that the notes do not reflect the Government attorneys' mental impressions or strategies. Thus, they are not protected by the work product doctrine from disclosure. Accordingly, it is

ORDERED that the Government shall produce the handwritten attorney notes of the telephone conversations between the attorneys for the United States and Eugene Gozdecki, attorney for Kenneth Rains, which took place on February 12, 2007 forthwith to the Defendants in this case.

Dated: December 10, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel

U. S. District Judge