IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WILEY Y. DANIEL

_____

| | | | |
|---|---|---|---|
| Date: | January 14, 2008 | Prob./Pret.: | N/A |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| Court Reporter/ECR: | Kara Spitler | | |

_____

Criminal Case No. **07-cr-00090-WYD**           Counsel:

UNITED STATES OF AMERICA,                       Carla M. Stern
                                                Diane C. Lotko-Baker
      Plaintiff,                         Andre Geverola

v.

**1. B & H CONSTRUCTION;**                      Pamela R. Mackey
                                                Gail K. Johnson
**2. JON PAUL SMITH, a/k/a J. P. Smith;**       Mark C. Johnson
**and 3. LANDON R. MARTIN**,                    Patrick J. Burke

      Defendants.

_____

## COURTROOM MINUTES
_____

**HEARING ON PENDING MOTIONS AND STATUS CONFERENCE**

**9:17 a.m.**     Court in Session - Defendants present (on-bond)

APPEARANCES OF COUNSEL. Also present Gregory E. Goldberg, Michael R. MacPhail, R. Ryan Stoll, and Lori Lightfoot.

Court's opening remarks.

Defendants' Joint Motion for Discovery of Documents Relating to Conversations Between the Government and Flint's Attorney (#173 - 1/10/08) and Flint Energy Services, Inc.'s Objection to the Production of Privileged and Protected Materials to the Government (#135 - 11/27/07) are raised for argument.

-1-

| | |
|---|---|
| 9:21 a.m. | Argument by Government (Ms. Stern). |
| 9:36 a.m. | Argument by Flint Energy Services, Inc. (Mr. Stoll). |
| 10:03 a.m. | Argument by Defendant B & H Construction, Inc. (Ms. Mackey). |
| 10:04 a.m. | Argument by Defendant Jon Paul Smith (Mr. Johnson). |
| 10:05 a.m. | Argument by Defendant Landon R. Martin (Mr. Burke). |
| 10:06 a.m. | Argument by Flint Energy Services, Inc. (Mr. Stoll). |
| 10:08 a.m. | Argument by Flint, Ltd. (Ms. Lightfoot). |
| **ORDERED:** | Government, Flint Energy Services, and Flint, Ltd. shall provide original notes and transcriptions for the Court's in-camera inspection not later than **Monday, February 4, 2008.** |
| 10:19 a.m. | Argument by BP America (Mr. Goldberg). |
| 10:25 a.m. | Argument by Defendant B & H Construction, Inc. (Ms. Mackey). |
| 10:28 a.m. | Argument by BP America (Mr. Goldberg). |
| 10:31 a.m. | Argument by BP America (Mr. Goldberg). |
| **ORDERED:** | BP America shall produce a privilege log, as outlined by the Court, to counsel for defendants not later than **Monday, February 4, 2008.** |
| **ORDERED:** | Defendant B & H Construction, Inc.'s Motion for Issuance of Subpoenas (#159 - 12/21/07) is **DENIED WITHOUT PREJUDICE.** |
| 10:33 a.m. | Argument by Defendant B & H Construction, Inc. (Ms. Mackey). |
| 10:35 a.m. | Argument by Flint, Ltd. (Ms. Lightfoot). |
| 10:36 a.m. | Argument by Government (Ms. Lotko-Baker). |
| 10:37 a.m. | Argument by Defendant Jon Paul Smith (Mr. Johnson). |

Judge Wiley Y. Daniel
07-cr-00090-WYD - Courtroom Minutes

| | |
|---|---|
| **ORDERED:** | Counsel shall meet and confer regarding the issue of an investigation by Mr. Short that had nothing to do with his retention by counsel. |
| **ORDERED:** | Defendants' Joint Motion for Discovery of Documents Relating to Conversations Between the Government and Flint's Attorney (#173 - 1/10/08) is **DEFERRED.** |
| **ORDERED:** | Flint Energy Services, Inc.'s Objection to the Production of Privileged and Protected Materials to the Government (#135 - 11/27/07) is **DEFERRED.** |
| **ORDERED:** | BP America's Motion to Quash (#154 - 12/18/07) is **DEFERRED.** |
| **ORDERED:** | Ms. Mackey shall notify the Court of any objections once she has had time to review the privilege logs. |
| 10:43 a.m. | Discussion regarding production of Government's files and records related to Flint Energy Services, Inc. and Flint, Ltd. |
| **ORDERED:** | If Mr. Conly did conduct an investigation, his notes should be provided to the Court as well. |
| **10:49 a.m.** | Court in Recess |
| **11:20 a.m.** | Court in Session |
| | Government's James Proffer Pursuant to Rule 801(d)(2)(E) (#146 - 12/12/07) is raised for argument. |
| 11:22 a.m. | Argument by Defendant Landon R. Martin (Mr. Burke). |
| 11:25 a.m. | Argument by Government (Ms. Stern). |
| 11:36 a.m. | Argument by Defendant Landon R. Martin (Mr. Burke). |
| 11:47 a.m. | Argument by Government (Ms. Stern). |
| **ORDERED:** | Government's James Proffer Pursuant to Rule 801(d)(2)(E) (#146 - 12/12/07) is **GRANTED IN PART and DENIED IN PART.** |
| 11:58 a.m. | Discussion regarding defendants' notice of experts and the possible trial dates that were discussed at the last hearing. |

Judge Wiley Y. Daniel
07-cr-00090-WYD - Courtroom Minutes

---

**ORDERED:** A ten day trial to Jury is set to commence on **Monday, June 16, 2008, at 9:00 a.m., in courtroom A-1002.**

**ORDERED:** Hearing on pending motions and trial preparation conference is set for **Tuesday, May 27, 2008, at 1:30 p.m., in courtroom A-1002.**

**ORDERED:** Deadline for defendants' expert reports is **Thursday, March 14, 2008.**

**ORDERED:** Deadline for the Government to designate rebuttal experts and/or file their expert reports is **Friday, April 11, 2008.**

**ORDERED:** Deadline for Government to file any Daubert or Kumho motions shall be filed not later than **Friday, April 11, 2008.**

**ORDERED:** Responses to Government's Daubert or Kumho motions shall be filed not later than **Friday, May 2, 2008.**

**ORDERED:** Defendants' Daubert or Kumho motions shall be filed not later than **Friday, April 25, 2008.**

**ORDERED:** Government's response to Daubert or Kumho motions shall be filed not later than **Friday, May 9, 2008.**

**ORDERED:** A hearing on pending motions is set for **Thursday, February 28, 2008, at 8:00 a.m., in courtroom A-1002.**

**ORDERED:** Counsel shall notify the Court of any motions that will be withdrawn not later than **Friday, February 1, 2008.**

Court finds that defendants are not likely to flee or be a danger to self or others and it is **ORDERED** that **BOND CONTINUED.**

**12:28 p.m.** Court in Recess - HEARING CONCLUDED

**TOTAL TIME: 2:40**