UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00090-WYD

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. B&H MAINTENANCE & CONSTRUCTION, INC., a New Mexico corporation;
2. JON PAUL SMITH a/k/a J.P. SMITH; and
3. LANDON R. MARTIN,

 Defendants.
_____

## MINUTE ORDER
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

 On February 22, 2008, the Defendants filed their Joint Withdrawal of Objection to Third Party BP America's Motion to Quash Subpoena and for Protective Order (docket #154). In light of the Defendants' withdrawal of their objection to the motion, I find that Third Party BP America's Motion to Quash Subpoena and for Protective Order (docket #154) is **GRANTED.** Accordingly, request (8) eight in the subpoena *duces tecum* served on BP America is hereby quashed.

 Dated: February 25, 2008