UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00090-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. B&H MAINTENANCE & CONSTRUCTION, INC., a New Mexico corporation;
2. JON PAUL SMITH a/k/a J.P. SMITH; and
3. LANDON R. MARTIN,

    Defendants.
_____

## MINUTE ORDER
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Defendants' Joint Motion to Clarify Order Dated February 25, 2008 (docket #193), filed February 26, 2008, is **GRANTED** to the extent that the Court clarifies that its February 25, 2008 Order (docket #192) refers only to Flint's assertions of privilege with respect to the Stoll investigation. The Court has made no rulings regarding Flint's assertions of privilege with respect to the Short investigation.

    Dated: February 27, 2008