IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WILEY Y. DANIEL

_____

| | | | |
|---|---|---|---|
| Date: | February 28, 2008 | Prob./Pret.: | N/A |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| Court Reporter/ECR: | Kara Spitler | | |

_____

Criminal Case No. **07-cr-00090-WYD**          Counsel:

UNITED STATES OF AMERICA,                     Carla M. Stern
                                              Diane C. Lotko-Baker
      Plaintiff,                              Andre Geverola

v.

1. **B & H MAINTENANCE AND**                  Pamela R. Mackey
**CONSTRUCTION, INC.**;                       Gail K. Johnson
2. **JON PAUL SMITH, a/k/a J. P. Smith**;     Mark C. Johnson
and 3. **LANDON R. MARTIN**,                  Patrick J. Burke

      Defendants.

_____

## COURTROOM MINUTES
_____

**HEARING ON PENDING MOTIONS AND STATUS CONFERENCE**

**9:12 a.m.**     Court in Session - Defendants present (on-bond)

          APPEARANCES OF COUNSEL.

          Court's opening remarks.

          Government's Notice of Rule 404b by USA as to B&H Maintenance and
          Construction, Inc., Jon Paul Smith, Landon R. Martin United States' Notice of
          Intent to Use Evidence of Other Crimes, Wrongs or Acts Pursuant to Federal
          Rule of Evidence 404(b) (#83 - 10/1/07) and Defendants' Notice of Intent to Use
          Evidence (#148 - 12/12/07) are raised for argument.

Judge Wiley Y. Daniel
07-cr-00090-WYD - Courtroom Minutes

| | |
|---|---|
| 9:16 a.m. | Argument by Defendant Jon Paul Smith (Mr. Johnson). |
| 9:17 a.m. | Argument by Government (Ms. Latko-Baker). |
| 9:19 a.m. | Argument by Defendant Jon Paul Smith (Mr. Johnson). |
| 9:24 a.m. | Argument by Defendant Landon R. Martin (Mr. Burke). |
| 9:25 a.m. | Argument by Government (Ms. Latko-Baker). |
| 9:29 a.m. | Argument by Defendant Jon Paul Smith (Mr. Johnson). |
| 9:36 a.m. | Argument by Government (Ms. Latko-Baker). |
| 9:42 a.m. | Argument by Defendant Landon R. Martin (Mr. Burke). |
| 9:43 a.m. | Argument by Government (Ms. Latko-Baker). |
| 9:48 a.m. | Argument by Defendant B & H Maintenance and Construction (Ms. Mackey). |
| 9:50 a.m. | Argument by Government (Ms. Latko-Baker). |
| 9:54 a.m. | Argument by Defendant B & H Maintenance and Construction (Ms. Mackey). |
| 9:56 a.m. | Argument by Defendant Jon Paul Smith (Mr. Johnson). |
| 9:58 a.m. | Argument by Defendant B & H Maintenance and Construction (Ms. Mackey). |
| 9:59 a.m. | Argument by Defendant Jon Paul Smith (Mr. Johnson). |
| 10:00 a.m. | Argument by Defendant B & H Maintenance and Construction (Ms. Mackey). |
| 10:04 a.m. | Argument by Government (Ms. Latko-Baker). |
| 10:07 a.m. | Argument by Defendant B & H Maintenance and Construction (Ms. Mackey). |

**ORDERED:** Government's Notice of Rule 404(b) Evidence and Notice of Intent to Use Evidence of Other Crimes, Wrongs or Acts Pursuant to Federal Rule of Evidence 404(b) (#83 - 10/1/07) is **DEFERRED.**

**ORDERED:** Defendants' Notice of Intent to Use Evidence (#148 - 12/12/07) is **DEFERRED.**

**ORDERED:** Government shall file a Motion for Production of Notes of Harley Temple not later than **Thursday, March 20, 2008.**

**ORDERED:** Defendants shall respond **not later than ten (10) days after the filing of the motion.**

Defendant B & H Maintenance and Construction, Inc.'s Motion to Sever Counts (#47 - 7/16/07) and Defendant Landon R. Martin's Motion for Severance (#50 - 7/16/07) are raised for argument.

10:14 a.m.   Argument by Defendant B & H Maintenance and Construction (Ms. Mackey).

10:16 a.m.   Argument by Defendant Landon R. Martin (Mr. Burke).

10:23 a.m.   Argument by Government (Ms. Stern).

10:33 a.m.   Argument by Defendant Landon R. Martin (Mr. Burke).

**ORDERED:** Defendant B & H Maintenance and Construction, Inc.'s Motion to Sever Counts (#47 - 7/16/07) is **TAKEN UNDER ADVISEMENT.**

**ORDERED:** Defendant Landon R. Martin's Motion for Severance (#50 - 7/16/07) is **TAKEN UNDER ADVISEMENT.**

Government's Motion in Limine to Exclude Improper Character Evidence (#79 - 10/1/07) is raised for argument.

10:38 a.m.   Argument by Government (Ms. Lotko-Baker).

**ORDERED:** Government's Motion in Limine to Exclude Improper Character Evidence (#79 - 10/1/07) is **DEFERRED.**

Government's Motion in Limine to Exclude Improper Evidence and Arguments Relating to Lack of Effect, Justification, Reasonableness, or Lack of Intent (#32 - 10/1/07) is raised for argument.

10:39 a.m.   Argument by Government (Ms. Stern).

10:42 a.m.   Argument by Defendant B & H Maintenance and Construction (Ms. Mackey).

Judge Wiley Y. Daniel
07-cr-00090-WYD - Courtroom Minutes

---

**ORDERED:** Government's Motion in Limine to Exclude Improper Evidence and Arguments Relating to Lack of Effect, Justification, Reasonableness, or Lack of Intent (#32 - 10/1/07) is **DENIED WITHOUT PREJUDICE.**

10:47 a.m.   Discussion regarding progress in meetings with Flint Canada.

**ORDERED:** Government's Motion in Limine (#80 - 10/1/07) is **DEFERRED.**

10:50 a.m.   Discussion regarding the fact that this case is likely to go to trial starting on Monday, June 16, 2008.

Court finds that defendants are not likely to flee or be a danger to self or others and it is **ORDERED** that **BOND CONTINUED.**

**10:52 a.m.**   Court in Recess - HEARING CONCLUDED

**TOTAL TIME:   1:40**