UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00090-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. B&H MAINTENANCE & CONSTRUCTION, INC., a New Mexico corporation;
2. JON PAUL SMITH a/k/a J.P. SMITH; and
3. LANDON R. MARTIN,

    Defendants.

_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    The Agreed Upon Motion to Adjust Upcoming Due Dates (docket #213), filed April 30, 2008, is **GRANTED**. The following due dates are adjusted as follows:

- The Defendants' responses to Government's objections to defense expert Jens Brown shall be filed not later than **May 5, 2008.**

- The proposed jury instructions and accompanying submissions shall be filed not later than **May 14, 2008.**

- The Government's response to Defendants' joint motions regarding Government rebuttal expert Steven Exo shall be filed not later than **May 15, 2008.**

    Dated: May 1, 2008