IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Action No. 07-cr-00090-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. B&H MAINTENANCE & CONSTRUCTION, INC., a New Mexico corporation;
2. JON PAUL SMITH a/k/a J.P. SMITH; and
3. LANDON R. MARTIN,

Defendants.

## ORDER

THIS MATTER came before the Court for final trial preparation conference on Tuesday, May 27, 2008. After carefully reviewing the pleadings and considering the arguments presented by the Government and the Defendants at the hearing, I order the following for the reasons stated on the record:

I.    PENDING MOTIONS

It is ORDERED that the Non-Party Witness's Motion to Quash Trial Subpoena or Order Rule 15 Deposition in the Alternative (docket #248), filed May 23 2008, is **GRANTED.** Accordingly, the trial subpoena issued to Abigail Moya is null and void. It is

FURTHER ORDERED that Flint Energy Services, Ltd.'s Motion to Quash Subpoena Issued to Lori Lightfoot (docket #237), filed May 22, 2008, is **GRANTED** pursuant to Fed. R. Evid. 403. Accordingly, the trial subpoena issued to Lori Lightfoot is null and void. This issue shall not be mentioned at trial. It is

FURTHER ORDERED that the Motion to Quash Trial Subpoena Issued to Counsel for Flint Energy Services, Inc. (docket #229), filed May 20, 2008, is **GRANTED** pursuant to Fed. R. Evid. 403. Accordingly, the trial subpoena issued to R. Ryan Stoll is null and void. This issue shall not be mentioned at trial. It is

FURTHER ORDERED that the Government's Motion in Limine to Exclude Improper Evidence and Arguments Relating to the Internal Investigations of Flint Energy Services, Ltd. and Flint Energy Services, Inc. and Motion to Quash Subpoenas to Lori E. Lightfoot and Ryan Stoll (docket #228), filed May 16, 2008, is **DENIED AS MOOT** as to the motion to quash. The Court did not rule on the motion in limine. This issue will be addressed before trial. It is

FURTHER ORDERED that the Government's Motion for an Order Requiring Defendants to Produce Their Notes of Interview with Harley Temple (docket #204), filed March 20, 2008, is **DENIED WITHOUT PREJUDICE.** It is

FURTHER ORDERED that the Government's Motion in Limine to Exclude Improper Character Evidence (docket #79), filed October 1, 2007, is **DEFERRED UNTIL TRIAL.** It is

FURTHER ORDERED that the Defendants' Notice of Intent to Use Evidence of Other Crimes, Wrongs or Acts Pursuant to Fed. R. Evid. 404(b) (Reverse 404(b)) (docket #148), filed December 12, 2007, is **DEFERRED UNTIL TRIAL.** Accordingly, the parties shall not make any references in opening statements to any specific instances or alleged acts of misconduct.

II.     TRIAL PREPARATION

It is ORDERED that the parties shall meet and confer and reach maximum agreement on jury instructions. Additional stipulated jury instructions and related documents shall be filed not later than **Wednesday, June 4, 2008.** It is

FURTHER ORDERED that the Court will conduct the voir dire. The attorneys will not be permitted to ask questions. However, the Court will use proposed voir dire questions submitted by the parties. It is

FURTHER ORDERED that opening statements shall not exceed one hour for the Government or any individual Defendant. It is

FURTHER ORDERED that the Government shall disclose its final witness list with the order of witnesses to be called to the Defendants not later than **Wednesday, June 4, 2008.** It is

FURTHER ORDERED that the Defendants shall disclose their final witness list with the order of witnesses likely to be called to the Government not later than **Friday, June 6, 2008.** It is

FURTHER ORDERED that the parties shall meet and confer on the United States' Notice of Intent to Introduce Summaries Pursuant to Fed. R. Evid. 1006 (docket #234), filed May 21, 2008. Any objections to this notice shall be filed not later than **Wednesday, June 4, 2008.** It is

FURTHER ORDERED that the parties shall meet and confer on the United States' Notice of Intent to Introduce Self-Authenticating Documents Pursuant to Fed. R. Evid. 902(11) (docket #236), filed May 21, 2008. Any objections to this notice shall be filed not later than **Wednesday, June 4, 2008.** It is

FURTHER ORDERED that the parties shall meet and confer and reach maximum agreement on trial exhibits. Amended exhibit lists with no duplications shall be filed not later than **Wednesday, June 4, 2008.** It is

FURTHER ORDERED that the parties shall meet and confer regarding limiting instructions. The proposed limiting instructions shall be filed not later than **Wednesday, June 4, 2008.** It is

FURTHER ORDERED that the parties shall comply with all other deadlines and directives mandated by me at the final trial preparation conference or set forth in my practice standards.

Dated: May 30, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge