IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Action No. 07-cr-00090-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  B&H MAINTENANCE & CONSTRUCTION, INC., a New Mexico corporation;
2.  JON PAUL SMITH a/k/a J.P. SMITH; and
3.  LANDON R. MARTIN,

Defendants.

## ORDER

THIS MATTER came before the Court as part of a legal issue that was addressed immediately prior to the commencement of a jury trial on Monday, June 9, 2008. The motions at issue were both the Defendants' Joint Motion for Determination of Waiver (docket #267) and Non-Party BP America Production Co.'s Motion to Compel Return of Inadvertently Disclosed Privileged Products (docket #270). After carefully reviewing the pleadings submitted by the parties and considering argument from defense counsel, BP America Production Co., and the Government, I order the following for the reasons stated on the record:

It is ORDERED that the Defendants' Joint Motion for Determination of Waiver (docket #267) is **GRANTED.** It is

FURTHER ORDERED that Non-Party BP America Production Co.'s Motion to Compel Return of Inadvertently Disclosed Privileged Products (docket #270) is **DENIED**.

Dated: June 10, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge